AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Besta Morales <br> *Plaintiff(s)* <br><br> v. <br><br> The Department of Education of the <br> City of New York *Defendant(s)* | **17 CV 7414** <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Department of Education of the
City of New York
52 Chambers Street
NY NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/18

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro - se
Besta Morales
143 E Main St
Bergenfield, NJ 07621

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

CLERK OF COURT

Date: Sept. 28 2017

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE



| COURT:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | INDEX#: **17 CV 7414** |
|---|---|
| | DATE PURCHASED: |

PLAINTIFF/PETITIONER:
**BERTA MORALES**

DEFENDANT/RESPONDENT(S):
**THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK**

DOCUMENTS:
**SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT AND ATTACHMENTS**

STATE OF NEW YORK : COUNTY OF NASSAU
Wilson P Pastoriza, the undersigned, being duly sworn, deposes and says:

On 12/18/2017 at 12:03 PM, at 100 CHURCH ST , NEW YORK, NY10007, deponent served the within SUMMONS
IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT AND ATTACHMENTS on THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK in the manner indicated below:

MANNER OF SERVICE:
By delivering thereat a true copy of each and leaving with THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW
YORK a true copy of the aforementioned documents. The deponent knew the person served to be the GENERAL
AGENT, Betty Mazyck , who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the
corporation.

DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:
Sex: Female - Skin: Black - Hair: Gray - Age: 60 - Height: 5ft 4"- 5ft 8" - Weight: 161-180lbs

Sworn to and subscribed before me on  12/21/2017
Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

X _____
Wilson P Pastoriza
License#: 1470737
Atty#: 20171211132802

OPTIONAL GPS LOG:

GUARANTEED SUBPOENA SERVICE, INC., 2009 MORRIS AVENUE, UNION, NJ, 07083
BERTA MORALES-PROSE, 143 EAST MAIN ST., BERGENFIELD, NJ07621