**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BERTA MORALES,
                      Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,
                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/19

17 CIVIL 7414 (JMF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 15, 2019, the DOE's motion for judgment on the pleadings is GRANTED with respect to Morales's federal claims, which must be and are dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         March 15, 2019

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
                              **BY:**
                                                          **Deputy Clerk**